# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE AHAMEFULE,<br><br>        Petitioner,<br><br>   v.<br><br>N. ADLER, Warden,<br><br>        Respondent. | 1:09-CV-00824 GSA HC<br><br>ORDER DISMISSING PETITION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND TERMINATE CASE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a consent form with the Court indicating consent to the jurisdiction of the Magistrate Judge.

On April 30, 2009, Petitioner filed the instant habeas petition. He complains that he is being illegal detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") pending his removal from this country in violation of his constitutional and statutory rights.

**DISCUSSION**

Rule 4 of the Rules Governing Section 2254 Cases provides in pertinent part:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of

habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to dismiss, or after an answer to the petition has been filed. See Herbst v. Cook, 260 F.3d 1039 (9th Cir.2001). The Court will review the petition pursuant to its authority under Rule 4.

Petitioner is currently incarcerated at the Taft Correctional Institution serving a sentence of 254 months. See Petition at 2. He is scheduled to be released on October 13, 2009. See Petition at 9. Petitioner complains of a detained lodged against him by ICE. He seeks release pending removal proceedings.

The petition must be dismissed because Petitioner does not meet the custody requirement to challenge the actions of ICE. ICE has not yet obtained custody of Petitioner. Petitioner is still serving his federal sentence. ICE has only lodged a detainer and notified the Bureau of Prisons and Petitioner that investigation has been initialized to determine whether Petitioner is subject to removal. Further, since Petitioner is not even in ICE detention, his claim that he is being indefinitely detained by ICE is completely meritless. In addition, any claim with respect to future detention by ICE is not yet ripe for review. Therefore, the petition must be dismissed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED; and

2) The Clerk of Court is DIRECTED to enter judgment and terminate the action.


IT IS SO ORDERED.

Dated:   **May 27, 2009**          /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE